UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Yolanda Nellums Wilson

v.                                                                Case No.: 4:12–cv–00185
                                                                  Judge Nancy F. Atlas

The Source for Public Data, L.P. dba
PublicData.com
                                    Defendant

---

# NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy F. Atlas

**PLACE:**
Courtroom 9F
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/11/12

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 8, 2012

                                                              David J. Bradley, Clerk